IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13-CR-433 |
| vs. | ORDER |
| EDWARD J. JOHNSON, | |
| Defendant. | |

United States Marshals Service personnel from the District of Nebraska and the United States Probation and Pretrial Services Office for the District of Nebraska have advised the Court that supervised releasee Edward J. Johnson, has died. Accordingly,

IT IS ORDERED:

1.  Supervision and the proceedings in this case are terminated.

Dated this 5th day of August, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge